IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff; | ) |
| | ) |
| v. | ) CR. NO. 07-168-03 (PLF) |
| | ) SEALED |
| ELMER MORGAN, | ) |
| | ) |
| Defendant. | ) |

FILED

JUL 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Assignment was this 31st day of July, 2007, served by hand delivery to the drop box located at the United States District courthouse supplied for serving pleadings on the United States Attorney's Office to be served on:

> Tasheeka Hawkins
> Office of the United States Attorney
> 555 Fourth Street, NW
> Washington, DC 20530

_____
Jonathan S. Jeffress