United States of America

v.

**Elmer Morgan**

Defendant's name                    Defendant's address

Case No. **CR07-000168-03**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### YOU ARE RELEASED ON THE FOLLOWING ADDITIONAL CONDITIONS INDICATED BELOW:

**PERSONAL PROMISE**

[X] **PERSONAL RECOGNIZANCE.** Your personal recognizance, provided that you promise to appear at all scheduled hearings, trials, or otherwise as required by the Court.

[ ] **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court.

**OF**

[ ] **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit to be returned when the Court determines you have performed the conditions of your release. You will deposit in the registry of the Court_____ %.

[ ] **SURETY BOND.** Upon execution of appearance bond with approved surety

**FILED**

### YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:

**SEP 2 1 2007**

[ ] **1) SUPER-VISORY CUSTODY**

You hereby agree to be placed in the custody of _____
who agrees (a), to supervise you in accordance with the conditions below, (b), to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c), to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear Agency telephone 442-1000

Custodian's name

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Custodian's address

► SIGNATURE OF CUSTODIAN                    Custodian's phone no.

[X] **2) YOU ARE TO REPORT**

[ ] weekly  [X] **Tues + Fri** other-specify  [ ] in person  [X] by phone  **TO**  [X] THE D.C. PRETRIAL SERVICES AGENCY AT 442-1000.
[ ] Your attorney, whose name and address is shown below.

[X] **3) YOU ARE TO LIVE**

[X] at ___ **Same as above** ___
address                                          phone no

[ ] with ___
name and relationship to defendant               phone no

[ ] at ___ being in at night by___ P.M.
address        phone no                              time

[ ] **4a) YOU ARE TO WORK**

[ ] by obtaining a job within_____days and reporting it to the D.C. Pretrial Services Agency at 442-1000.
[ ] by maintaining your job as ___
Employer's name and address

[ ] by enrolling in school at ___
name and address

[ ] **4b) YOU ARE TO STUDY**

[ ] by maintaining your student status at ___
name and address

[X] **5) YOU ARE TO STAY**

[ ] away from the complaining witness.  [X] Within the D.C. area.

[X] **6) NARCOTICS**

[X] **7) OTHER CONDITION**

[X] **8) REARREST**

Participation in the Sanction Based Treatment Program to include treatment as deemed necessary by PSA which may require residential TX. Report Monday & Thursday for drug testing n as directed. The attached SBT contract, dated 9/21/07, is incorporated here in. Report to all court hearings as notified by PSA or the Court

Any rearrest on probable cause for any subsequent offense may result in revoking your present bond and setting it at H/w QB

You are instructed that any violation of a condition of release may result in revocation of release, pretrial detention or contempt. If you willfully fail to appear as required, you will be subject to prosecution and if convicted, the maximum penalties are indicated on the reverse side. Furthermore, your release is subject to the terms and conditions contained on the reverse side which are incorporated in and made a part of this order, which by your signature below you certify you have read and understand.

**NEXT DUE BACK**

in Courtroom **29A** at **9:00** [AM] [PM] on **11/14/07**
or when notified and you must appear at all subsequent continued dates.
You must also appear

**YOUR ATTORNEY** **Jonathan Jeffries**
name
**208-7500**
address                          phone no.

**DEFENDANT'S SIGNATURE** ► **Elmer Morgan**

**WITNESSED BY** ___

I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of release and agree to comply with the conditions of my release and to appear as required.

(title and agency) **DCPSA**

**IMPORTANT:** YOU ARE TO NOTIFY IMMEDIATELY THE D.C. PRETRIAL SERVICES AGENCY, 500 INDIANA AVE., N.W., FIRST FLOOR, TELE-PHONE NUMBER 442-1000, OF ANY CHANGE OF ADDRESS, EMPLOYMENT, OR CHANGE IN STATUS OF ANY RELEASE CONDITIONS.

WHITE—TO COURT PAPERS
BLUE—TO JUDGE
GREEN—TO D C PRETRIAL SERVICES AGENCY
CANARY—TO DEFENSE ATTORNEY
PINK—TO U.S ATTORNEY
GOLDENROD—TO DEFENDANT

Date **9/21/07**

**SO ORDERED**

► Paul ___

Signature of Judge

# DISTRICT OF COLUMBIA PRETRIAL SERVICES AGENCY

_____
Name

_____
Docket number

_____
PDID number

## UNITED STATES DISTRICT COURT
## SANCTION-BASED DRUG TREATMENT CONTRACT

I agree to enter the Sanction-Based Drug Treatment Program as a condition of pretrial release. I will receive detoxification, early intervention, outpatient, intensive outpatient, short- and long-term inpatient treatment and/or referrals to other agencies, as my substance abuse needs require. As a part of my treatment, I will submit to all random or scheduled drug testing.

On my scheduled drug testing day, I will report to □ 500 Indiana Avenue NW Room # C-220, Drug Testing Compliance Unit (DTCU) or to □ 633 Indiana Avenue NW, Room 981, DTCU Satellite Office to submit my sample for testing. I must call _____ for my test results between the hours of 12:30 p.m. and 5:30 p.m. on the day of my drug test or before 10:00 a.m. on the morning following my test day.  If I fail to appear for a drug test, test positive, fail to submit a sample, submit a liquid-loaded sample, submit a sample insufficient for testing, or fail to follow any program requirement, I must contact the District Court Unit by 10:00 a.m. the next business day to receive notification and/or confirmation of the sanction for which I am eligible. I must be prepared to attend a sanction group and/or a sanction hearing on the day following my infraction unless I am directed to do otherwise by Program staff; I must report for my sanction hearing at 1:00 p.m., unless I am directed by Program staff to report at a different time.  At that hearing, I will be represented by my attorney or, if he or she is not available, by an attorney appointed as a substitute.  In return for the benefits of the treatment, I agree to the following sanctions, if I am found to have violated drug testing requirements:

| | |
|---|---|
| 1st Infraction: | Reorientation |
| 2nd Infraction: | 2 Redirection Groups |
| 3rd Infraction: | 2 Redirection Groups |
| 4th and Subsequent Infractions: | 3 Nights in Jail or Enhanced Treatment or Discharge |

In addition to or instead of the above responses, Program staff may refer me to more intensive treatment alternatives whenever clinically appropriate.  If I submit a bogus sample, the Court has discretion to impose a sanction of up to three (3) nights in jail or discharge me from the program. In addition to being sanctioned for drug testing infractions, I will be sanctioned (administratively) for reporting/attendance violations.  Since I cannot benefit from treatment if I am not present, I understand that I will have to make up every late arrival, early departure, or absence from group therapy or any other treatment activity in order to progress through the Program's phases of treatment.  I also agree to attend additional group meetings to make up for my non-attendance. I agree to attend additional group therapy sessions or treatment activities at a

Court Jacket-White, PSA-Green, Defendant-Goldenrod, Defense Counsel-Yellow, US Attorney-Pink.

time different from my originally scheduled group session or treatment activity. In some circumstances, Program staff or the Court may require me to attend additional groups, self help meetings, detoxification, short- or long-term inpatient treatment, or may refer me for further appropriate assessments and treatment.

If I fail to appear for a sanction hearing, a bench warrant will be issued for my arrest, and the Court has the discretion to incarcerate me for up to three (3) nights in addition to the sanction that likely would be imposed for my program violation.  I am also subject to additional penalties for failure to appear for any scheduled court appearance.  I also understand that I must comply with all other court-ordered conditions of release while participating in drug treatment.

I also understand that I may withdraw from the Sanction-Based Drug Treatment Program at any time and that, if I do so, I will not be subject to the sanctions listed above.  The Court may also discharge me from the Program, and if I am in violation of conditions of release upon discharge, I may be held in contempt of court or my conditions of release may be revoked.  My conditions of release are a court order, not just a contract.  Failure to abide by the terms of this contract and any other violations of law are violations of my conditions of release and subject me to penalties under the U.S. Code.

I have discussed the Sanction-Based Drug Treatment Program and other legal options available to me with a Sanction-Based Drug Treatment Program representative and with my attorney, and I willingly agree to enter the Program.

_Elmer Morgan_
**Defendant's Signature**

_9/21/07_
**Date**

**Defense Counsel's Signature**

_9/21/07_
**Date**

**Program Representative's Signature**

_9/21/07_
**Date**

Court Jacket-White, PSA-Green, Defendant-Goldenrod, Defense Counsel-Yellow, US Attorney-Pink

2