IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.                                      ) | Cr. No. 07-168-03 (PLF) |
| ) | |
| ELMER MORGAN,                ) | |
| ) | |
| Defendant.             ) | |
| _____) | |

**DEFENDANT'S UNOPPOSED MOTION FOR
CONTINUANCE OF JANUARY 14, 2008 STATUS HEARING**

Defendant, Elmer Morgan, through counsel, respectfully submits this motion to continue the January 14, 2008 status hearing in this matter until April 2008. By this Motion, defendant also waives all time under the speedy trial act necessary to accomplish the requested continuance, and respectfully submits that the exclusion of such time serves the ends of justice and "outweigh[s] the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).

In support of this Motion, undersigned counsel respectfully submits as follows:

1. At a status conference held in Court on November 14, 2008, the parties came before the Court and entered into a speedy trial waiver until January 14, 2008. The Court made appropriate findings. The purpose of the waiver was so that Mr. Morgan could enter into an inpatient drug treatment program at the direction of Pretrial Services. His entry into the program had been delayed so that Mr. Morgan, who has a long history of medical problems, including bladder cancer, could get medical clearance to participate in the drug treatment program..

2. Since that time, Mr. Morgan has worked diligently to obtain his medical clearance. Working with his guardian *ad litem*, Mr. Morgan has followed through with a host of

doctor's appointments. The main issue is that Mr. Morgan had to have surgery, on December 19, 2007, to remove a potentially cancerous lump in his side.[1] Fortunately, the tests have shown that the lump was benign. Nevertheless, Mr. Morgan's urologist at Washington Hospital Center wants to do a follow-up examination of Mr. Morgan's bladder lining for cancer, which will apparently be accomplished through the use of a scope. Mr. Morgan is awaiting a date for the procedure, but Mr. Morgan's guardian had said that she anticipates this happening within the next week or so.

3. Given the circumstances, the government has agreed to continue the status conference in this matter scheduled for January 14, 2008 until April 2008, so that Mr. Morgan may get his medical clearance and complete the inpatient drug program.

4. Having been informed of his rights under the Speedy Trial Act, Mr. Morgan waives all time under the speedy trial act necessary to accomplish the requested continuance, and respectfully submits that the exclusion of such time serves the ends of justice and "outweigh[s] the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).

5. Undersigned counsel contacted Sharon Smith of Pretrial Services concerning this Motion. Due to Mr. Morgan's medical issues, Pretrial Services does not oppose the requested continuance.

---

[1] Mr. Morgan's guardian *ad litem*, Lois Goodman, Esq., has provided undersigned counsel with various medical records from Mr. Morgan's doctors. Because of privacy concerns, counsel has not attached those records to this ECF filing. Counsel will of course provide them to the Court, the government, or Pretrial Services upon request.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500, ex. 134

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| vs. | ) ) | Cr. No. 07-168-03 (PLF) |
| ELMER MORGAN, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Upon the unopposed motion of Defendant Elmer Morgan to continue the January 14, 2008 status hearing, and for good cause shown, it is hereby

**ORDERED** that defendant's motion is **GRANTED**; and it is further

**ORDERED** that the Court finds that the time from January, 14, 2008 until the new date for the status hearing (set forth below) shall be **EXCLUDED** from the speedy trial calendar in this case, as the requested continuance serves the ends of justice and "outweigh[s] the best interest of the public and the defendant in a speedy trial," 18 U.S.C. § 3161(h)(8)(A); and it is further

**ORDERED** that the hearing is now scheduled for

_____, 2008 at _____ am/pm.

**SO ORDERED.**

_____
THE HONORABLE PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE