**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **vs.** | )    **Cr. No. 07-168-03 (PLF)** |
| | ) |
| **ELMER MORGAN,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**DEFENDANT'S UNOPPOSED MOTION FOR BRIEF
CONTINUANCE OF FEBRUARY 21, 2008 SHOW CAUSE HEARING**

Defendant, Elmer Morgan, through counsel, respectfully submits this unopposed motion

to continue the February 21, 2008 show cause hearing in this matter.

In support of this request, the defense submits as follows:

1.      This matter is currently scheduled for a status conference on April 11, 2008.  On

February 7, 2008, Pretrial Services submitted a Request for Removal from PSA Supervision.

The request notes a string of positive drug tests from Mr. Morgan, who has been testing regularly

while awaiting entry into an inpatient drug program.  As the report notes, despite Mr. Morgan's

best efforts, he "has been unable to secure medical clearance from his physician so that he can

enter into residential drug treatment."  The report goes on to note Mr. Morgan's serious health

situation: "[t]he defendant has been diagnosed with serious medical ailments that have required

surgery and extensive medical treatment.  He has continually provided documentation regarding

treatment for his illnesses; however, he has been unable to enter into treatment."

2.      In response to the report from Pretrial, the Court scheduled a show cause hearing

for February 21, 2008.

3.      Defendant is requesting the continuance for two reasons.  First, it is apparent that

Mr. Morgan has worked diligently and in good faith to get his medical clearance, so that he can begin inpatient drug treatment.  Mr. Morgan's guardian *ad litem*, Lois Goodman, Esq., has kept meticulous notes and records from Mr. Morgan's various medical providers.  What they show is that Mr. Morgan is being bounced back and forth between several different kinds of doctors, each of whom needs to medically clear Mr. Morgan before he can enter the drug treatment program.  Along the way, these doctors have had to perform surgery on Mr. Morgan on two occasions, both related to Mr. Morgan's bladder cancer.  Based on the current information from Mr. Morgan's medical providers, Mr. Morgan should receive medical clearance for the inpatient program by February 22, 2008, and therefore should be in the program no later than February 25, 2008.  If the show cause hearing is moved to sometime after February 25, 2008, it is the parties hope that the show cause hearing will be moot by that time.

4.      The second basis for the requested continuance is that Mr. Morgan's guardian *ad litem*, Lois Goodman, Esq., is unavailable on February 21st.  Ms. Goodman has all of Mr. Morgan's medical records and has dutifully assisted Mr. Morgan with his medical appointments.  Her appearance will assist the Court by answering questions about Mr. Morgan's medical status and his due diligence in obtaining medical clearance for the drug program.

5.      Given the circumstances, the government has agreed to a continuance of the show cause hearing.  Neither government counsel nor defense counsel are available the week of February 24, 2008, and therefore request that this matter be set down for sometime on or after March 3, 2008.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500, ex. 134

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **vs.** | )    **Cr. No. 07-168-03 (PLF)** |
| | ) |
| **ELMER MORGAN,** | ) |
| | ) |
| **Defendant.** | ) |

_____

**ORDER**

Upon the unopposed motion of Defendant Elmer Morgan to continue the February 21,

2008 show cause hearing, and for good cause shown, it is hereby

**ORDERED** that defendant's motion is **GRANTED**; and it is further

**ORDERED** that the hearing is now scheduled for

_____, 2008 at _____ am/pm.

**SO ORDERED.**

_____
THE HONORABLE PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE