**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | **Cr. No. 07-168-03 (PLF)** |
| ) | |
| **ELMER MORGAN,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**JOINT MOTION TO VACATE MARCH 6, 2008 SHOW CAUSE HEARING**

Defendant, Elmer Morgan, through counsel, respectfully submits this joint motion to vacate the March 6, 2008 show cause hearing in this case.  In sum, the defendant, Mr. Morgan, is currently in detox, awaiting direct transfer to the Second Genesis drug treatment program.  There is accordingly no longer any reason for the March 6 show cause hearing.

In support of this request, the parties submit as follows:

1.      This matter is currently scheduled for a status conference on April 11, 2008.  On February 7, 2008, Pretrial Services submitted a Request for Removal from PSA Supervision. The request noted various difficulties Mr. Morgan has had in obtaining medical clearance to enter a drug treatment program.  It also noted several positive drug tests by Mr. Morgan.

2.      In response to the report from Pretrial, the Court scheduled a show cause hearing for February 21, 2008.  It was later continued, on defendant's request, to tomorrow, March 6, 2008.

3.      Mr. Morgan's medical clearance was finally obtained last week, and Mr. Morgan immediately entered the detox phase of his drug treatment.  Defense counsel spoke today with Mr. Morgan's detox counselor, Claire Miller, and she confirmed that Mr. Morgan is presently at

detox and awaiting direct transfer to the Second Genesis residential drug treatment program.  The

parties would have filed this motion earlier, but despite best efforts were unable to reach Ms.

Miller before today.

4.      Given the above circumstances, the parties are jointly requesting that tomorrow's

show cause hearing be vacated and that the parties re-convene at the next status date, which is

currently scheduled for April 11, 2008.  The defense attempted to contact Pretrial Services

Officer Sharon Smith concerning this motion, but she was not available.


Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500, ex. 134

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Cr. No. 07-168-03 (PLF)** |
| | ) | |
| **ELMER MORGAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**ORDER**

Upon the joint motion to vacate the March 6, 2008 show cause hearing, and for good

cause shown, it is hereby

**ORDERED** that the motion is **GRANTED** and the hearing is **VACATED.**

**SO ORDERED.**

_____
THE HONORABLE PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE