IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Cr. No. 07-168-03 (PLF) |
| ) | |
| ELMER MORGAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR BRIEF
CONTINUANCE OF APRIL 11, 2008 STATUS CONFERENCE**

Defendant, Elmer Morgan, through counsel, respectfully submits this unopposed motion for a brief continuance of the April 11, 2008 status conference in this matter.

In support of this request, the defense submits as follows:

1. This matter is currently scheduled for a status conference on April 11, 2008. On or about April 7, 2008, Mr. Morgan was discharged from a 30-day drug treatment program at Second Genesis, a drug treatment center. Mr. Morgan successfully graduated from the Second Genesis program.

2. Undersigned counsel is meeting with Mr. Morgan this week and will be prepared to inform the Court about the future direction of this case. However, counsel has a personal conflict with the April 11, 2008 date and therefore requests that the status conference be continued until next week, the week of April 14, 2008. After conferring with the government, the best days for the parties are Tuesday, Wednesday after 10am, or Thursday.

3. The government, through AUSA Louis Ramos, graciously does not oppose this Motion.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500, ex. 134

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | Cr. No. 07-168-03 (PLF) |
| ELMER MORGAN, | ) | |
| Defendant. | ) | |

### ORDER

Upon the unopposed motion of Defendant Elmer Morgan to continue the April 11, 2008, status conference, and for good cause shown, it is hereby

**ORDERED** that defendant's motion is **GRANTED**; and it is further

**ORDERED** that the hearing is now scheduled for

_____, 2008 at _____ am/pm.

**SO ORDERED.**


_____
THE HONORABLE PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE