UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 07-168 (PLF)** |
| | : | |
| | : | |
| **ELMER MORGAN,** | : | |
| Defendant. | : | |

## UNOPPOSED MOTION TO DISMISS

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, respectfully move this Court to dismiss the above captioned criminal case against Mr. Elmer Morgan.

Mr. Morgan is currently charged in Count Two of a pending Indictment in the above captioned case with distribution of five grams or more of cocaine base, also known as crack. Due to Mr. Morgan's physical condition and the current posture of the case, the government moves this Court to dismiss Count Two of the Indictment only as it pertains to Mr. Morgan. Mr. Morgan's defense counsel, John Jeffress, has stated to the undersigned Assistant United States Attorney that Mr. Morgan does not oppose this motion.

WHEREFORE, the United States respectfully requests that the Court dismiss Count Two of the Indictment in the above captioned case only as it pertains to Mr. Morgan.

        Respectfully submitted,
        JEFFREY A. TAYLOR
        United States Attorney
        D.C. Bar No. 498-610


By: _____/s/_____
LOUIS RAMOS
Assistant United States Attorney
Bar No. 472-176
555 4th Street, N.W., Room 4243
Washington, DC 20530
(202) 514-7582

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No. 07-168 (PLF)** |
| : | |
| : | |
| **ELMER MORGAN,** : | |
| **Defendant.** : | |

**ORDER**

Upon consideration of the government's unopposed motion to dismiss Count Two of the Indictment in the above captioned case only as it pertains to Mr. Elmer Morgan, the Court finds good cause shown to grant the government's motion, and it is hereby,

**ORDERED** this _____ day of April, 2008, that the government's motion is **GRANTED**.

_____
U.S. District Judge Paul L. Friedman

_____
Date